# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

------------------------------------------------------------X

BYRON BREEZE, JR., *individually,*

               Plaintiff,                             CASE NO.:  1:20-cv-02994-JBD

        v.

ALI KAZEMZADEH, *individually,*
JENNIFER KAZEMZADEH, *individually*,
and AKJK PROPERTIES INC. d/b/a Crown,
*a District of Columbia corporation*,

               Defendants.

------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Byron Breeze, Jr. and Defendants Ali Kazemzadeh, Jennifer Kazemzadeh, and AKJK Properties Inc., through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:   New York, New York
         February, ___9___ 2021

**BASHIAN & PAPANTONIOU, P.C**          **WILSON ELSER MOSKOWITZ**
                                        **EDELMAN & DICKER, LLP**

By:                                     By:


_____           _____
Erik M. Bashian, Esq.                   Elisabeth L. Shu, Esq.
*Attorneys for Plaintiff*               *Attorneys for Defendants*
500 Old Country Road, Suite 302         8444 Westpark Drive, Suite 510
Garden City, NY 11530                   McLean, VA 22102
(516) 279-1555                          Phone: (703) 852-7793
Email: eb@bashpaplaw.com                Email:  lisa.shu@wilsonelser.com


**SO ORDERED:**


_____
Hon. John D. Bates